UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| IRVING RANDALL BROWN,<br>　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No: 2:24-cv-04736-BFM<br><br>ORDER AWARDING<br>EAJA FEES |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($5,200.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 10/18/2024　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. BRIANNA FULLER MIRCHEFF
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE